# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| Angela Vinson,<br><br>   Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC<br><br>   Defendant. | Case No.: 5:20-cv-00242-HNJ |

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

  Plaintiff and Defendant, Equifax Information Services, LLC have agreed to settle this lawsuit and intend to file a Voluntary Dismissal as to Equifax Information Services, LLC, with prejudice, no later than May 2, 2020.

              Respectfully submitted,

              By: */s/ Matthew Landreau*
              Matthew Landreau
              AL Bar No. LAN079
              22142 West Nine Mile Road
              Southfield, MI 48033
              Telephone: (248) 353-2882
              Facsimile: (248) 353-4840
              E-Mail: matt@crlam.com
              *Attorneys for Plaintiff,*
              *Angela Vinson*

March 3, 2020

## **PROOF OF SERVICE**

I, Matthew Landreau, hereby state that on March 3, 2020 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.