# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| Angela Vinson, | Case No.:  5:20-cv-00242-HNJ |
| Plaintiff, | |
| vs. | |
| Equifax Information Services, LLC | |
| Defendant. | |

Plaintiff, through counsel undersigned, hereby dismisses her claims against Defendant Equifax Information Services, LLC only, with prejudice and without costs or attorney's fees to either party.

DATED: April 9, 2020

                                         Respectfully submitted,

                                         By: */s/ Matthew Landreau*
                                         Matthew Landreau
                                         AL Bar No. LAN079
                                         22142 West Nine Mile Road
                                         Southfield, MI 48033
                                         Telephone: (248) 353-2882
                                         Facsimile: (248) 353-4840
                                         E-Mail: Matt@crlam.com
                                         *Attorneys for Plaintiff, Angela Vinson*

## PROOF OF SERVICE

I, Matthew Landreau, hereby state that on April 9, 2020, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

*/s/ Matthew Landreau*

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: April 9, 2020