# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| Angela Vinson,<br><br>          Plaintiff,<br><br>     vs.<br><br>Equifax Information Services, LLC, et al.<br><br>          Defendants. | Case No.:  5:20-cv-00242-HNJ |

### NOTICE OF SETTLEMENT WITH DEFENDANT AMERIFINANCIAL SOLUTIONS, LLC

Plaintiff and Defendant, AmeriFinancial Solutions, LLC have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to AmeriFinancial Solutions, LLC, with prejudice, no later than February 3, 2020.

December 4, 2020.

Respectfully submitted,

By: */s/ Matthew Landreau*
Matthew Landreau
AL Bar No. LAN079
5113 Sumter Ct.
Midland, GA 31820
Telephone: (706) 341-8714
E-Mail: matt.landreau@gmail.com
*Attorney for Plaintiff,*

## **PROOF OF SERVICE**

I, Matthew Landreau, hereby state that on December 4, 2020 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

*/s/ Matthew Landreau*