IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ANGELA VINSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>　　　　Defendants. | Case No.: 5:20-cv-00242-HNJ |

## STIPULATION OF DISMISSAL OF DEFENDANT AMERIFINANCIAL SOLUTIONS, LLC WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims as to Defendant AmeriFinancial Solutions, LLC, without attorney's fees or costs to either party.

Dated this 2nd day of February, 2021.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: /s/ J. Danny Hackney
　　　　　　　　　　　　　　　　J. Danny Hackney
　　　　　　　　　　　　　　　　Bar No. ASB-7909-K72J
　　　　　　　　　　　　　　　　PO Box 1491
　　　　　　　　　　　　　　　　Alabaster, AL 35007
　　　　　　　　　　　　　　　　Telephone: (205) 542-2500
　　　　　　　　　　　　　　　　E-Mail: jdannyhackney@gmail.com
　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　*Angela Vinson*

    /s/ Neal D. Moore III
Neal D. Moore III(ASB-3971-M73N)
OF COUNSEL:
Ferguson Frost Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama 35242
Telephone: 205.879.8722
Facsimile: 205.879.8831
Email: NDM@ffmylaw.com
*Attorney for Defendant*
*AmeriFinancial Solutions, LLC*

## PROOF OF SERVICE

    I, J. Danny Hackney, hereby state that on February 2, 2021, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

    /s/ J. Danny Hackney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ANGELA VINSON,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>Defendants. | Case No.: 5:20-cv-00242-HNJ |

## **ORDER OF DISMISSAL WITH PREJUDICE OF AMERIFINANCIAL SOLUTIONS, LLC**

Plaintiff Angela Vinson have announced to the Court that all matters in controversy against AmeriFinancial Solutions, LLC have been resolved. A Stipulation of Dismissal with Prejudice of AmeriFinancial Solutions, LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of AmeriFinancial Solutions, LLC the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Angela Vinson against Defendant AmeriFinancial Solutions, LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 2nd day of February, 2021.

_____
THE HONORABLE DISTRICT JUDGE